# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

Stephen J. Markman,
Chief Justice

154435

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

JOSEPH BAYNESAN,
        Plaintiff-Appellee,

v

SC: 154435
COA: 326132
Court of Claims: 14-000262-MZ

WAYNE STATE UNIVERSITY,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 4, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      BERNSTEIN, J., did not participate.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



s0510

Clerk